Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 7A**

| | |
|---|---|
| California Design Den, Inc.<br><br>                                   Plaintiff,<br><br>        v.<br><br>Donald J. Ttump, et. al<br><br><br>                                   Defendant. | Court No. 26-2562 |

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 3/31/2026

_____
Signature of Plaintiff's Attorney

Sonja Arndt-Johnson
_____
Attorney for Plaintiff

Buchalter LLP
_____
Firm

425 Market Street, #2900
_____
Street Address

San Francisco, CA 94104
_____
City, State and Zip Code

925-324-4731
_____
Telephone Number

sarndtjohnson@buchalter.com
_____
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: April 1, 2026          Clerk, U. S. Court of International Trade

By: _____ /s/ Jason Chien _____
          Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:26-cv-02562 | California Design Den, Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: April 1, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien

Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)